# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN MEDICAL SECURITY, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | No. 05-772-GPM |
| ) | |
| PATTY MCHENRY and LITTLEFUSE, INC., ) | |
| ) | |
| Defendant(s). | |

## JUDGMENT

**DECISION BY THE COURT:**

This matter came before the court pursuant to the Order filed February 23, 2006.

Plaintiff has failed to comply with said Order as defendants remain unserved.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **PATTY MCHENRY and LITTLEFUSE, INC.,** and against plaintiff, **AMERICAN MEDICAL SECURITY, INC.,** and the Complaint is **DISMISSED without prejudice.**

Dated:  May 18, 2006

NORBERT G. JAWORKSI, Clerk of Court

By: s/Linda M. Cook
Deputy Clerk

Approved by:

 s/G. Patrick Murphy
**G. PATRICK MURPHY**
**UNITED STATES DISTRICT JUDGE**